FILED
CLERK, U.S. DISTRICT COURT
08/19/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

September 2019 Grand Jury

| UNITED STATES OF AMERICA, | No. 8:20-cr-00110-CJC |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition; 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c): Criminal Forfeiture] |
| RONALD BERNARD WARE, | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

On or about July 29, 2020, in Orange County, within the Central District of California, defendant RONALD BERNARD WARE knowingly possessed a firearm, namely, a Glock, model 21, .45 caliber semi-automatic pistol, bearing serial number YUT341, and ammunition, namely, 12 rounds of Brand-Perfecta .45 caliber ammunition, each in and affecting interstate and foreign commerce.

Defendant WARE possessed such firearm and ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

(1) Grand Theft, in violation of California Penal Code Section 487(c), in the Superior Court of the State of California, County of Los Angeles, case number GA054813-01, on or about May 17, 2004;

(2) Criminal Threats, in violation of California Penal Code Section 422, in the Superior Court of the State of California, County of Los Angeles, case number PASGA06057401, on or about April 18, 2005;

(3) Possession of a Controlled Substance, in violation of California Penal Code Section 11350(a), in the Superior Court of the State of California, County of Los Angeles, case number GLNGA06841001, on or about January 29, 2007; and

(4) Felon in Possession of a Firearm, in violation of California Penal Code Section 11351.5, in the Superior Court of the State of California, County of Los Angeles, case number ALHGA08469501, on or about February 11, 2013.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1.  Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in the sole count of this Indictment.

2.  Defendant, if so convicted, shall forfeit to the United States of America the following:

    (a)  All right, title, and interest in any firearm or ammunition involved in or used in any such offense; and

    (b)  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.  Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has

//

//

3

been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/s/
Foreperson

NICOLA T. HANNA
United States Attorney

*Brandon Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

DANIEL H. AHN
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office